AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

2021 JUN 24 PM 3:07

| United States of America | ) |
|---|---|
| v. | ) |
| QUESHAWN CARMICHAEL, aka "Q" | ) Case No. 6:21-cr-00018-CHB-HAI-2 |
| 1874 AUGUST DRIVE, #1 | ) |
| LEXINGTON, KY 40505 | ) |
| DOB: /1992 | ) |
| SSN: -2753 | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* QUESHAWN CARMICHAEL, aka "Q"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:846 - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES - 1 count
21:841(a)(1) - DISTRIBUTION OF FENTANYL RESULTING IN SERIOUS BODILY INJURY - 1 Count
21:841(a)(1) - DISTRIBUTION OF FENTANYL RESULTING IN DEATH - 3 counts

Date: 06/24/2021

_____
*Issuing officer's signature*

City and state: London, KY

Robert R. Carr by M. Mejia, D.C.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

FID 11255353

RECEIVED
US-MAG-LON-KY
2021 MAR 25 PM 4:53

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America<br>v.<br>QUESHAWN CARMICHAEL, aka "Q"<br>1874 AUGUST DRIVE, #1<br>LEXINGTON, KY 40505<br>DOB: /1992<br>SSN: -2753<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:21-CR-018-CHB-2 |

## ARREST WARRANT

**COPY**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* QUESHAWN CARMICHAEL, aka "Q",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846 - Conspiracy to Distribute Controlled Substances - 1 Count

Date: 03/25/2021

*Issuing officer's signature*

City and state: London, KY

Robert R. Carr by M. Mejia, D.C.
*Printed name and title*

---

**Return**

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

MAR 25 2021

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 6:21-CR-018-CHB

ELI A. RUFFIN and
QUESHAWN CARMICHAEL,
 aka "Q"

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about a day in March of 2018, the exact date unknown, and continuing through on or about a day in March of 2021, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

ELI A. RUFFIN and
QUESHAWN CARMICHAEL,
 aka "Q,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C.

§ 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about March 3, 2021, in Perry County, in the Eastern District of Kentucky,

### ELI A. RUFFIN

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in serious bodily injury to another person, identified here as "L.M.," all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about March 3, 2021, in Perry County, in the Eastern District of Kentucky,

### ELI A. RUFFIN

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in serious bodily injury to another person, identified here as "J.P.," all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

███████████████

_____
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**

Not more than 20 years imprisonment, nor more than a $1,000,000 fine, and at least 3 years supervised release.

> **IF PRIOR FELONY DRUG CONVICTION:** not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNTS 2-3:**

Not less than 20 years and not more than life imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Conviction:** Life imprisonment and not more than a $2,000,000 fine.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

Eastern District of Kentucky
**FILED**

JUN 24 2021

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.     SUPERSEDING INDICTMENT NO. 6:21-CR-18-SS-CHB

ELI A. RUFFIN and
QUESHAWN CARMICHAEL,
 aka "Q"

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about a day in March of 2018, the exact date unknown, and continuing through on or about a day in March of 2021, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**ELI A. RUFFIN and
QUESHAWN CARMICHAEL,
aka "Q,"**

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about March 3, 2021, in Perry County, in the Eastern District of Kentucky,

### ELI A. RUFFIN

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in serious bodily injury to another person, identified here as "L.M.," all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about March 3, 2021, in Perry County, in the Eastern District of Kentucky,

### ELI A. RUFFIN

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in serious bodily injury to another person, identified here as "J.P.," all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about March 4, 2021, in Perry County, in the Eastern District of Kentucky,

### ELI A. RUFFIN and
### QUESHAWN CARMICHAEL,
### aka "Q,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in

serious bodily injury to another person, identified here as "T.O.," all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about March 4, 2021, in Perry County, in the Eastern District of Kentucky,

**ELI A. RUFFIN and
QUESHAWN CARMICHAEL,
aka "Q,"**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in death to another person, identified here as "A.P.," all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about March 4, 2021, in Perry County, in the Eastern District of Kentucky,

**ELI A. RUFFIN and
QUESHAWN CARMICHAEL,
aka "Q,"**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in death to another person, identified here as "C.O.," all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
## 21 U.S.C. § 841(a)(1)

On or about March 4, 2021, in Perry County, in the Eastern District of Kentucky,

ELI A. RUFFIN and
QUESHAWN CARMICHAEL,
aka "Q,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in death to another person, identified here as "L.R.," all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**

Not more than 20 years imprisonment, nor more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Conviction:** not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNTS 2-7:**

Not less than 20 years and not more than life imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Conviction:** Life imprisonment and not more than a $2,000,000 fine.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.